Malcolm Ross Matheson, as Substituted Trustee, etc., of Richard J. Stainton, Deceased, Respondent, v. Ottilie E. Mente and Others, Defendants, Impleaded with Title Insurance Company of New York and Others, Appellants.— Inasmuch as George F. Stainton, the younger, was not a party to this action, the judgment as entered at Special Term would be no legal bar against him or those claiming under him, and plaintiff would not be protected thereby by acquiescence in the same. The judgment should be modified by providing for a foreclosure and sale for the full amount due thereon, with interest and costs, and as so modified affirmed, without costs. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Georgina G. Maxwell, on Behalf of Herself and All Other Heirs at Law and Next of Kin of Margaret J. and Sarah E. Maurice, Deceased, Respondent, v. Susan C. Hoge, Appellant, and Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements to respondent on each appeal. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Isidore Klein, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

James Robinson, Respondent, v. Alberger Pump and Condenser Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Minnie Scanlon, Appellant, v. Andrew Kruatkowski and Werra Kruatkowski, Respondents.— Judgment unanimously affirmed, with costs, upon the ground that the case contains no exception which authorizes us to review the action of the trial court in granting the motion dismissing the complaint. (Collier v. Collins, 172 N. Y. 99.) Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Ludwig Scheidig, Respondent, v. Frank Weber, Appellant.— Judgment and order of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Frank Spero, Respondent, v. Annunziata Anzalono, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Jessie C. Whitney, as Administratrix, etc., Respondent, v. Emma F. Brenack and Richard G. Brenack, Appellants, and Another, Defendant. — Judgment of the County Court of Kings county affirmed by default, with costs. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Isaac Zeichner, Appellant, v. Isaac Katz and Others, Copartners, etc., Respondents.— Judgment affirmed by default, with costs. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.